UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GREG JACOBS #296754                          CASE NO. 1:17-CV-00174 SEC P

VERSUS                                       CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET AL       MAGISTRATE JUDGE PEREZ-MONTES

MEMORANDUM ORDER

Before the court is a complaint filed on January 23, 2017.  Upon review of the record, the Court

finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application on approved forms in order to proceed.**

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this _____ day of _____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application